IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| HASSAN BEASELY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 316-044 |
| ) | (Formerly CR 308-001) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Petitioner filed the above captioned motion under 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence. (Doc. no. 1.) On June 29, 2016, the Court issued an R&R recommending Petitioner's motion be dismissed, and gave Petitioner until July 18, 2016 to object. (Doc. nos. 4, 5.) On July 18, 2016, the Clerk's office received notice that the June 29th R&R and Order were not delivered and promptly resent the R&R and Order to Petitioner. Because Petitioner's time to object has expired, and because Petitioner did not receive the R&R and Order, the Court **GRANTS** Petitioner additional time to object. Petitioner will have until August 26, 2016 to file any objections to the R&R.

SO ORDERED this 10th day of August, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA