AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

HASSAN BEASLEY,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV316-044
                         CR308-001

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 30, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the 2255 motion is DISMISSED and this civil action stands CLOSED.



August 30, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03